IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES LITTON MORRIS,
    Petitioner,

vs.                                    Case No. 3:08cv492/LAC/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 23, 2009 (Doc. 11). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

    **DONE AND ORDERED** this 28th day of April, 2009.


                                              s/*L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**